UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CAMPBELL,

        Petitioner,

v.                                           CASE NO. 07-CV-14826
                                            HONORABLE PAUL D. BORMAN

WARDEN CURTIS,

        Respondent.
_____/

## OPINION AND ORDER DISMISSING CASE AND DIRECTING THAT PLEADINGS BE FILED IN CASE NO. 07-CV-14607

Derrick Campbell ("Petitioner"), a Michigan prisoner, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his conviction for delivery of less than 50 grams of cocaine which was imposed by the Washtenaw County Circuit Court in 1993. Petitioner has previously filed a habeas corpus petition challenging the same conviction, but he was given permission to file a second or successive habeas petition by the United States Court of Appeals for the Sixth Circuit.

Petitioner, however, has already filed a (second) habeas action challenging the same conviction with this Court, which is pending in this Court. *See Campbell v. Curtis*, Case No. 07-CV-14607. Accordingly, the instant action must be dismissed as duplicative. A suit is duplicative, and subject to dismissal, if the claims, parties, and available relief do not significantly differ between the two actions. *See, e.g., Barapind v. Reno*, 72 F. Supp. 2d 1132, 1145 (E.D. Cal. 1999) (internal citations omitted). The instant action is duplicative of his pending petition. In fact, it appears that Petitioner may have been attempting to file the instant

1

pleadings as part of his original habeas action, but the documents were erroneously filed as a new case. In any event, because Petitioner challenges the same convictions in both petitions and raises similar claims, the Court will dismiss this second petition as duplicative. *See Harrington v. Stegall,* 2002 WL 373113, *2 (E.D. Mich. Feb. 28, 2002); *Colon v. Smith*, 2000 WL 760711, *1, n. 1 (E.D. Mich. May 8, 2000); *see also Davis v. United States Parole Comm'n*, 870 F.2d 657, 1989 WL 25837, *1 (6th Cir. March 7, 1989) (district court may dismiss a habeas petition as duplicative of a pending habeas petition when the second petition is essentially the same as the first petition).

Accordingly, the Court **DISMISSES** the instant case as duplicative. This dismissal is without prejudice to the habeas petition filed as Case No. 07-CV-14607. The Court further **DIRECTS** that the pleadings filed in the present case be re-filed in Case No. 07-CV-14607. This case is **CLOSED**.

**IT IS SO ORDERED**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 14, 2007.

s/Denise Goodine
Case Manager